

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milton Allen Pettis | Civil Action No. 11-cv-02880-DMS-WMC |
| Plaintiff, | |
| V. | |
| Matthew Cate and Kamala D. Harris | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This Court, having reviewed de novo the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation to deny the petition. The Court finds no basis for a certificate of appealability.

Date:     4/16/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  V. Mosqueda
V. Mosqueda, Deputy